AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 18-MJ-6091 |
| | ) | |
| ERIC INGRAM | ) | |
| *Defendant(s)* | | |

FILED
OCT - 4 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 20, 2018 and 31, 2018** in the county of **Tazewell** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

s/Steven C. Smith

*Complainant's signature*

Steven C. Smith, TFO, D.H.S.
*Printed name and title*

Sworn to before me and signed in my presence.

s/James E. Shadid

Date: 10/04/2018

*Judge's signature*

City and state: Peoria, IL

James E. Shadid, United States District Judge
*Printed name and title*