**AFFIDAVIT**
**IN SUPPORT OF A COMPLAINT AND ARREST WARRANT**

I, Steven C. Smith, being duly sworn on oath state the following:

1.      I am a Detective with the Washington, Illinois, Police Department and I have been employed as a police officer since 2003.  I am currently assigned as a Task Force Officer (TFO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Springfield, Illinois.  As part of my responsibilities as an HSI TFO, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media.  I have received training in the area of peer-to-peer trading of child pornography and child exploitation offenses.  I have been the affiant for over 50 search warrants and over 100 state arrest warrants.  I have also participated in the execution of numerous state and federal search warrants that were based on alleged child exploitation and/or child pornography offenses.

2.      As a Task Force Officer with DHS, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3.      This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations.  Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

4.      This affidavit is made in support of an application for an arrest warrant for the person of Eric Ingram, date of birth 02/14/1988.  I have probable cause to believe Eric Ingram committed the offense of receipt of child pornography in violation of Title 18, U.S.C. § 2252A(a)(2)(A).

## PROBABLE CAUSE

### CYBERTIPLINE REPORT # 37886806 - Facebook

5.      I know the following about "Facebook, Inc.," (Facebook)

a.      Facebook the name of an Electronic Service Provider (ESP) that is located in Menlo Park, CA.  Facebook is a social media network that allows users to create, post, share, and follow digital media at any time from a computer or other electronic storage device, like cellular phones or tablets.

b.      To sign up for a Facebook account, a user must provide an e-mail address or phone number, a password and a name. Facebook also asks the user to identify their birthday, gender and agree to a Terms of Service.

c.      Facebook offers users to communicate with other users through posting, sharing of digital media, direct messaging and secret messaging.

d.    Facebook is accessible on Internet browsers on computers and portable digital devices.

e.    Facebook messenger is a communication platform available for Facebook users to communicate with other Facebook users.  Facebook messenger allows users to send videos and images to other uses.

6.    On September 10, 2018, I received CyberTipline Report # 37886806 from the Illinois Attorney General's Office.  Facebook personnel reported Facebook user [Minor Victim 1] (hereinafter referred to as "MV-1") has sent images of her breasts and videos depicting her masturbating to Facebook user "Eric Ingram" (Eric).

7.    CyberTipline Report # 37886806 indicated the following about MV-1:

a.    Name: MV-1

b.    Phone: +1 309-[REDACTED]

c.    Date of Birth: [REDACTED] 2003

d.    Approximate Age: 15

e.    Email address: [REDACTED]@gmail.com (Verified)

f.    ESP User ID: [REDACTED]

g.    Profile URL: http://www.facebook.com[REDACTED]

h.    IP Address: [REDACTED] (Login) (Date: 08-02-2018 13:40:16 UTC)

i.    Additional Information: Estimated location on 08/02/2018 UTC: Washington, US (Not Verified).

8.    CyberTipline Report # 37886806 indicated the following about Eric:

a.    Name: Eric Ingram

3

b.      Age: 30

c.      Date-of-birth: 1988-02-14

e.      Screen Name: Eric.Ingram.948

f.      IP Address: 2600:1:9413:100d:dd0c:6c1a:f36c:4285

g.      IP Capture Date: July 19, 2018 at 23:06:49 UTC

9.      CyberTipline Report # 37886806 noted Facebook personnel did view the files sent by MV-1 to Eric.

10.     I reviewed CyberTipline Report # 37886806 and observed the files sent by MV-1 to Eric. My findings are (files listed below by name, MD5 hash value and description):

a.

REDACTED .jpg,

REDACTED :

This is a digital image depicting a female's bare breast. The image contains a green in color circle that is placed between the female's breast. The circle appears to highlight red marks on the female's skin. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 08-01-2018 at 02:24:41 UTC from IP Address REDACTED .

b.

REDACTED _o.jpg,

REDACTED :

This is a digital image that is similar to

4

REDACTED _o.jpg.  This image depicts a female that has her hands covering her bare breast.  The image contains the same colored green circle in between the female's breast. The circle appears to highlight red marks on the female's skin.  CyberTipline Report # 37886806 notes MV-1 uploaded this file on 08-01-2018 at 02:23:40 UTC from IP Address REDACTED .

c.

REDACTED .mp4,
REDACTED :

This is a digital video file depicting a female repeatedly inserting the handle of a black brush inside of her vagina.  The scene is dark, and her vaginal area is not visible.  The camera shows the females left hand on the brush and shows her pants and purple underwear pulled down to her ankles.  CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-31-2018 at 03:50:53 UTC from IP Address REDACTED .

d.

REDACTED .mp4,
REDACTED :

This is a digital video file depicting a female repeatedly inserting the handle of a black brush inside of her vagina.  This is similar to the video depicted in REDACTED .mp4, but the scene is not dark.  The female's vagina is clearly visible.  The camera shows

the females left hand on the brush and shows her pants and purple underwear pulled down to her ankles. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-31-2018 at 04:50:50 UTC from IP Address REDACTED .

    **e.**

REDACTED **.mp4,**

REDACTED :

This is a digital video file depicting a female repeatedly inserting the handle of a black brush inside of her vagina. This is similar to the video depicted in

REDACTED .mp4 and

REDACTED .mp4.

The female's vagina is clearly visible. The camera shows the females left hand on the brush and shows her pants and purple underwear pulled down to her ankles. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-31-2018 at 04:43:34 UTC from IP Address REDACTED

    **f.**

REDACTED **.mp4,**

REDACTED :

This is a digital video file depicting a female appearing to use her device (possible cell phone). The female's face is clearly visible. This video does not contain any pornography. I compared the female's face to a photo of the female at https://www.facebook.com/REDACTED (Facebook page for MV-1 REDACTED

6

REDACTED   Based on my comparison, this is the same female. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at 18:36:46 UTC from IP Address REDACTED .

g.

REDACTED .jpg,

REDACTED :

This is a digital image depicting a person wearing a purple tank top. The person's face is not shown. The tank top appears to contain two wet spots, one above the navel and one around the right breast area. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at 02:44:41 UTC from IP Address REDACTED .

h.

REDACTED .mp4,

REDACTED :

This video file, which last 9 seconds, depicts an unknown female using her finger to masturbate. The camera is closely focused on the female's vagina preventing a viewer to determine the female's age or identity. The female is sitting on a multicolored blanket that contains small multi-colored squares. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at 18:35:13 UTC from IP Address REDACTED .

7

    i.

REDACTED **.mp4,**

REDACTED:

This video file, which last approximately 6 seconds, depicts a female urinating. The female is wearing a purple in colored shirt (consistent color of the shirt worn in REDACTED .jpg). The female is standing up and the camera is between the female's leg directed at her vagina. The video captures the female urinating.  CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at 04:12:22 UTC from IP Address REDACTED .

    j.

REDACTED **.jpg,**

REDACTED:

This digital image depicts a female, approximately 14-16 years old.  The female is wearing a purple in color tank top (consistent with the other photos mentioned in this report).  The female has the top pulled down exposing both of her breast. The female is wearing black shorts and has a purple towel on her head. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at 02:52:11 UTC from IP Address REDACTED .

    k.

REDACTED **.mp4,**

REDACTED:

This video file, which last approximately 7 seconds, depicts a female urinating. The female is wearing a purple in colored shirt (consistent color of the shirt worn in REDACTED ███████████████████████████████████.jpg). The female is standing up and the camera is between the female's leg directed at her vagina. The video captures the female urinating. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at 04:19:25 UTC from IP Address REDACTED ████████.

l.

REDACTED ███████████████████████████████████.mp4,
REDACTED ██████████████████████:

This video file, which last approximately 8 seconds. It depicts a female urinating. The camera is between the female's legs. The female's vagina and the opening of her anus is shown in the photos. The video captures the female urinating. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at 15:10:28 UTC from IP Address REDACTED ████████.

m.

REDACTED ██████████████████████████████████,
REDACTED ██████████████████████:

This video file, which last approximately 6 seconds, depicts a female repeatedly inserting the handle of a black brush inside of her vagina. The camera is placed above the female's vagina. The female is sitting on a multicolored blanket that

contains small multi-colored squares consistent with the blanket shown in

█REDACTED████████████████████████████████████████████.mp4.

CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at

18:33:25 UTC from IP Address █REDACTED████████.

    **n.**

█REDACTED███████████████████████████████████**.mp4,**

█REDACTED███████████████**:**

This video, which last approximately 6 seconds, depicts a female repeatedly

inserting the handle of a black brush inside of her vagina. The camera view only

shows the female's vagina, a blurred computer screen, and a computer

keyboard. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-

20-2018 at 03:44:47 UTC from IP  Address █REDACTED████████.

    **o.**

█REDACTED███████████████████████████████████,

█REDACTED███████████████**:**

This video, which last approximately 20 seconds, depicts a female repeatedly

inserting the handle of a black brush inside of her vagina. The camera is closely

focused on the female's vagina. The female is laying on a blanket consistent to

the blanket mentioned in the above paragraphs. CyberTipline Report # 37886806

notes MV-1 uploaded this file on 07-20-2018 at 18:25:49 UTC from IP Address

█REDACTED███████.

p.

REDACTED **.mp4,**

REDACTED **:**

This video, which last approximately 20 seconds, depicts a female repeatedly inserting the handle of a black brush inside of her vagina. The camera is focused on the female's vagina. The female is laying on a blanket consistent to the blanket mentioned in the above paragraphs. The female is sitting in front of a computer, which based on my observation and familiarity with, believe it is a Google Chromebook. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at 03:34:34 UTC from IP Address REDACTED.

q.

REDACTED **.jpg,**

REDACTED **:**

This digital image depicts a female, approximately 14-16 years old standing with her right arm raised. The female's right breast is exposed because she does not have a shirt on. The image only shows the female's right arm and right bare breast. The background shows a white wall with a wooden door. CyberTipline Report # 37886806 notes MV-1 uploaded this file on 07-20-2018 at 02:53:55 UTC from IP Address REDACTED.

**CYBERTIPLINE REPORT # 37886806 – Facebook**

11.     On September 10, 2018, I received CyberTipline Report # 39056059 from the Illinois Attorney General's Office.  CyberTipline Report # 39056059 is from Facebook.  Facebook indicated in the report, "A 30-year-old male appears to be enticing a 15-year-old female to produce apparent CEI [Child Exploitation Images] via private messages. Conversations indicate that they appear to be within close proximity." Facebook also added, "This is a Priority 2 Facebook report involving possible online enticement. The 30 year old User appears to solicit the reported content in CT 37886806 [CyberTipline Report # 37886806] from the 15 year old Child Victim. Please note the User and Child appear to be located within close proximity to one another. The Child and User appear to discuss meeting up on August 1st, however no specific plans appear to have been made."

12.     I reviewed CyberTipline Report # 39056059 and noted the following:

        a.     The associated phone number with Eric Ingram is +1 309-922-3563 and his birthday is 02/14/1988 (Age 30).

        b.     The associated phone number with MV-1 is +1 309-REDACTED and her birthday is REDACTED 2003 (Age 15).

        c.     Facebook only provided excerpts of the excerpts of chats between Eric Ingram and MV-1, which are below.  The user name, Facebook ID number, date and time of the chat message are contained in the brackets.  The message sent by the user follows.

12

1.     [Eric Ingram (100015323587474) - 07/19/2018 at 8:12:26pm
PDT]

Lets get started

2.     [MV-1 REDACTED - 07/19/2018 at 8:12:39pm PDT]

I'm going to now. I had to get ready.

3.     [Eric Ingram (100015323587474) - 07/19/2018 at 8:16:13pm
PDT]

I wanna see it in you

4.     [MV-1 REDACTED - 07/19/2018 at 8:16:54pm PDT]

It hurts to put it in tonight.

5.     [Eric Ingram (100015323587474) - 07/19/2018 at 8:17:34pm
PDT]

Let me see you putting it in

6.     [Eric Ingram (100015323587474) - 07/19/2018 at 8:17:48pm
PDT]

And dont put it in yet

7.     [MV-1 REDACTED - 07/19/2018 at 8:18:31pm PDT]

What do u mean??

8.     [Eric Ingram (100015323587474) - 07/19/2018 at 8:19:59pm
PDT]

Rub your clit and finger a little first to get relaxed and it will loosen up
your pussy

13

9.  [MV-1 REDACTED - 07/19/2018 at 8:20:25pm PDT]

Ok.

10.  [Eric Ingram (100015323587474) - 07/19/2018 at 8:21:02pm PDT]

It will make it easier to get the brush in

11.  [MV-1 REDACTED - 07/19/2018 at 8:21:18pm PDT]

K hunny.

12.  [Eric Ingram (100015323587474) - 07/19/2018 at 8:23:11pm PDT]

You should know when your loosened up enough

13.  [MV-1 REDACTED - 07/19/2018 at 8:23:27pm PDT]

14.  [Eric Ingram (100015323587474) - 07/19/2018 at 8:24:02pm PDT]

Do you feel it relaxing and not being so tense

15.  [Eric Ingram (100015323587474) - 07/19/2018 at 8:24:07pm PDT]

Down there

16.  [MV-1 REDACTED - 07/19/2018 at 8:24:26pm PDT]

Not yet

17.  [Eric Ingram (100015323587474) - 07/19/2018 at 8:24:49pm PDT]

Is it even wet yet

14

18.    [MV-1 ███REDACTED███ - 07/19/2018 at 8:25:00pm PDT]

No

19.    [Eric Ingram (100015323587474) - 07/19/2018 at 8:25:59pm PDT]

Is it wet now

20.    [MV-1 ███REDACTED███ - 07/19/2018 at 8:26:48pm PDT]

No

21.    [MV-1 ███REDACTED███ - 07/19/2018 at 8:27:18pm PDT]

But it's going in now tho.

22.    [Eric Ingram (100015323587474) - 07/19/2018 at 8:27:39pm PDT]

Did your pussy get wet when you pushed it in

23.    [MV-1 ███REDACTED███ - 07/19/2018 at 8:28:10pm PDT]

Ya

24.    [Eric Ingram (100015323587474) - 07/19/2018 at 8:28:20pm PDT]

How wet is it now

25.    [MV-1 ███REDACTED███ - 07/19/2018 at 8:28:55pm PDT]

Idk

26.    [Eric Ingram (100015323587474) - 07/19/2018 at 8:29:34pm PDT]

How does the brush feel

27.    [MV-1 REDACTED - 07/19/2018 at 8:29:58pm PDT]

It still hurts.

28.    [Eric Ingram (100015323587474) - 07/19/2018 at 8:30:06pm PDT]

How bad

29.    [MV-1 REDACTED - 07/19/2018 at 8:30:37pm PDT]

Not as bad as last night but it still hurts tho.

30.    [Eric Ingram (100015323587474) - 07/19/2018 at 8:31:09pm PDT]

I wanna see

31.    [MV-1 REDACTED - 07/19/2018 at 8:31:34pm PDT]

U will

32.    [Eric Ingram (100015323587474) - 07/19/2018 at 8:31:44pm PDT]

How does it feel

33.    [MV-1 REDACTED - 07/19/2018 at 8:33:56pm PDT]

Hunny that hurt me even more.

34.    [Eric Ingram (100015323587474) - 07/19/2018 at 8:34:09pm PDT]

What did

35.    [MV-1 REDACTED - 07/19/2018 at 8:34:17pm PDT]

U will see.

36.     [MV-1 ███REDACTED███ - 07/19/2018 at 8:34:45pm PDT]

UID 100013193747067 sends video reported as apparent CEI. CT: 37886806

37.     [MV-1 ███REDACTED███ - 07/19/2018 at 8:35:02pm PDT]

That.

38.     [Eric Ingram (100015323587474) - 07/19/2018 at 8:35:23pm PDT]

Well keep doing it

39.     [MV-1 ███REDACTED███ - 07/19/2018 at 8:35:40pm PDT]

Ok

40.     [MV-1 ███REDACTED███ - 07/19/2018 at 8:36:17pm PDT]

Your enjoying this arnt u??

41.     [Eric Ingram (100015323587474) - 07/19/2018 at 8:36:25pm PDT]

More than you are

42.     [Eric Ingram (100015323587474) - 07/21/2018 at 1:52:20pm PDT]

Im just super horny and we can have sex

43.     [MV-1 ███REDACTED███ - 07/21/2018 at 1:54:21pm PDT]

When I'm up for it.

44.     [Eric Ingram (100015323587474) - 07/21/2018 at 1:54:44pm PDT]

At 18

45.   [MV-1 <span style="background:black;color:white">REDACTED</span> - 07/21/2018 at 1:54:56pm PDT]

Ok

46.   [Eric Ingram (100015323587474) - 07/21/2018 at 1:55:18pm PDT]

I cant go 3 years without a girlfriend

47.   [MV-1 <span style="background:black;color:white">REDACTED</span> - 07/21/2018 at 1:55:54pm PDT]

So what dose that mean??

48.   [Eric Ingram (100015323587474) - 07/21/2018 at 1:57:05pm PDT]

It means im lookin for a girlfriend that i can actually see and spend time with. I told you im going to end up meeting someone

49.   [Eric Ingram (100015323587474) - 07/21/2018 1:58:17pm PDT]

Im not being mean there is just no way we can actually be together at this time

50.   [Eric Ingram (100015323587474) - 07/21/2018 at 1:59:10pm PDT]

I mean it just because of your age if you were 18 i would be with you in a heartbeat

51.   [Eric Ingram (100015323587474) - 07/31/2018 at 7:55:34pm PDT]

Im going to buy you a real vibrator

> 52.    [MV-1 REDACTED - 07/31/2018 at 7:55:43pm PDT]

Hunny.

> 53.    [Eric Ingram (100015323587474) - 07/31/2018 at 7:55:51pm PDT]

I am

> 54.    [MV-1 REDACTED - 07/31/2018 at 7:56:09pm PDT]

When I'm 18

> 55.    [Eric Ingram (100015323587474) - 07/31/2018 7:56:35pm PDT]

No now. Ill pick you one up and like leave it next to the garage

> 56.    [MV-1 REDACTED - 07/31/2018 at 7:57:00pm PDT]

What do u think my parents would say??

> 57.    [MV-1 REDACTED - 07/31/2018 at 7:57:09pm PDT]

When they see it.

> 58.    [Eric Ingram (100015323587474) - 07/31/2018 at 7:57:26pm PDT]

They dont need to know you have it. You would have to hide it well

> 59.    [MV-1 REDACTED - 08/01/2018 at 12:48:35pm PDT]

I just remember that tonight we r going on a bike ride.

> 60.    [Eric Ingram (100025821651101) - 08/01/2018 at 12:54:16 pm PDT]

Not all night

      61.    [MV-1 ████REDACTED████ - 08/01/2018 at 12:55:30 pm PDT]

You never know Lol

      62.    [Eric Ingram (100025821651101) - 08/01/2018 at 1:14:26 pm PDT]

Well break away from them and ill come meet you lol

      63.    [MV-1 ████REDACTED████ - 08/01/2018 at 1:20:17 pm PDT]

U can't

      64.    [Eric Ingram (100025821651101) - 08/01/2018 at 1:22:26 pm PDT]

Yes i can

      65.    [MV-1 ████REDACTED████ - 08/01/2018 at 1:23:06 pm PDT]

No.

      66.    [MV-1 ████REDACTED████ - 08/01/2018 at 2:52:37 pm PDT]

Hey

      67.    [MV-1 ████REDACTED████ - 08/01/2018 at 2:52:57 pm PDT]

We got to talk about this deal.

      68.    [MV-1 ████REDACTED████ - 08/01/2018 at 2:52:59 pm PDT]

K

      69.    [Eric Ingram (100025821651101) - 08/01/2018 at 2:53:53 pm PDT]

What deal

70.  [MV-1 REDACTED ████████ - 08/01/2018 at 2:54:25 pm PDT]

Well break away from them and ill come meet you lol

71.  [MV-1 REDACTED ████████ - 08/01/2018 at 2:54:31 pm PDT]

Yes i can

72.  [MV-1 REDACTED ████████ - 08/01/2018 at 2:54:39 pm PDT]

That 1.

73.  [Eric Ingram (100025821651101) - 08/01/2018 at 2:54:58 pm PDT]

Not today im at the farm

74.  [MV-1 REDACTED ████████ - 08/01/2018 at 2:55:17 pm PDT]

K

75.  [MV-1 REDACTED ████████ - 08/01/2018 at 2:55:43 pm PDT]

Do u want me to stop talking to u then??

76.  [Eric Ingram (100025821651101) - 08/01/2018 at 2:58:59 pm PDT]

No your fine. If we meet tonight id be fingering you

77.  [MV-1 REDACTED ████████ - 08/01/2018 at2:59:18 pm PDT]

No

78.  [MV-1 REDACTED ████████ - 08/01/2018 at 2:59:48 pm PDT]

Who would have to be at Casey's and I'll be able to do is walk and I'll get to see you so.

79.  [MV-1 REDACTED ████████ - 08/01/2018 at 2:59:52 pm PDT]

But ok

80.     [Eric Ingram (100025821651101) - 08/01/2018 at 3:01:16 pm PDT]

We would find a spot and id finger you

81.     [MV-1 ███REDACTED███ - 08/01/2018 at 3:01:33 pm PDT]

Hunny we can't

82.     [Eric Ingram (100025821651101) - 08/01/2018 at 3:02:48 pm PDT]

Why

83.     [MV-1 ███REDACTED███ - 08/01/2018 at 3:02:58 pm PDT]

+ u side u r at your farm

84.     [MV-1 ███REDACTED███ - 08/01/2018 at 3:03:21 pm PDT]

Because it's a gas station.


85.     [Eric Ingram (100025821651101) - 08/01/2018 at 3:03:53 pm PDT]

Ik

## INVESTIGATION OF ERIC INGRAM (DOB: 02/14/1988)

13.     On October 3, 2018, the Honorable Jonathan E. Hawley issued a federal search warrant authorizing the search of Eric Ingram, Ingram's vehicle, and Ingram's residence located at 504 Hillcrest Drive, Washington, Illinois.

14.     On October 4, 2018, Your Affiant executed the authorized search along with officers of the Washington Police Department and federal agents with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Springfield, Illinois.

15.     Your Affiant made contact with Eric Ingram at 504 Hillcrest.  Your Affiant asked Ingram if he would travel with me to the Washington Police Department to discuss activities occurring on Facebook.  Ingram agreed.  Your Affiant drove Ingram to the Washington Police Department.  Ingram was not in handcuffs and sat in the front passenger seat of my unmarked city vehicle.

16.     Special Agent Eric Bowers advised Ingram of his Miranda Rights while in an interview room at the Washington Police Department.  Ingram stated he understood his rights and participated in the interview.

17.     During the interview, Ingram acknowledged the following:

a.      having two Facebook accounts in his name that he had used to communicate MV-1;

b.      personally knowing MV-1 for about five or six years;

c.      believing MV-1 was about 16 to 17 years old;

d.      trading about three sexual related files with MV-1 through Facebook messenger from approximately July 2018 to August 2018;

e.      Ingram never told MV-1 to stop sending him the sexual related files;

f.      Ingram sent MV-1 several sexual related files of himself;

g.      Ingram has feelings for MV-1 even though he knows it is wrong because of his age;

    h.     Ingram acknowledged talking with MV-1 about purchasing MV-1 a sex toy and having sexual contact with her; Ingram stated this was only fantasy;

    i.      Ingram acknowledged receiving a digital file depicting MV-1 inserting a brush into her vagina.

18.    Your Affiant located MV-1 and confirmed she is 15-years old.

19.    MV-1 participated in a Forensic Interview at the Children's Advocacy Center.  During that interview, MV-1 disclosed the following:

    a.     She sent Eric Ingram several photos and video of her masturbating through Facebook;

    b.     Ingram taught her how to masturbate by sending her videos;

    c.     It was Ingram's idea for her to send him the pornographic files;

    d.     Ingram sent videos of Ingram masturbating to MV-1 through Facebook;

    e.     MV-1 told Ingram that she needed to stop sending him these files because it is not right.  Ingram then refused to be her friend because she stopped sending these files.

## CONCLUSION

Based on the aforementioned facts, Your Affiant believes that probable cause exists that on July 20, 2018, and July 31, 2018, Eric Ingram (DOB: 02/14/1988) knowingly received child pornography, to-wit:  images of 15-year-old MV-1 masturbating.

24

THERE ARE NO FURTHER STATEMENTS.

s/Steven C. Smith

_____
Steven C. Smith
Task Force Officer
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn before me this 4th
Day of October 2018, in Peoria, Illinois.

s/James E. Shadid

_____
Honorable James E. Shadid
Chief United States District Judge