E-FILED
Wednesday, 17 October, 2018  10:36:41 AM
Clerk, U.S. District Court, ILCD

FILED

OCT 1 6 2018

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No.   18-*10060* |
| | ) | |
| ERIC INGRAM, | ) | VIO:   18 U.S.C. §§ 2252A(a)(2)(A) |
| | ) | and (b)(1) and § 2253. |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

## COUNT ONE
### (Receipt of Child Pornography)

On or about July 20, 2018, in Tazewell County, in the Central District of

Illinois, the defendant,

### ERIC INGRAM,

knowingly received a visual depiction, namely

"9ij1wsjvryg44wkw37363464_1668181669974765_3224991687851859508_n.mp4,"

using any means and facility of interstate commerce and in affecting interstate

commerce, where the producing of such visual depiction involved the use of a

minor engaging in sexually explicit conduct and such depiction was of such

conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and

2252A(b)(1).

## COUNT TWO
### (Receipt of Child Pornography)

On or about July 31, 2018, in Tazewell County, in the Central District of

Illinois, the defendant,

### ERIC INGRAM,

knowingly received a visual depiction, namely

"9b7g0mg2g6kogwoc38027569_499600760489711_8106315484854484992_n.mp4,"

using any means and facility of interstate commerce and in affecting interstate

commerce, where the producing of such visual depiction involved the use of a

minor engaging in sexually explicit conduct and such depiction was of such

conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and

2252A(b)(1).


A True Bill,

s/Foreperson

Foreperson

s/Kate Legge


**JOHN E. CHILDRESS**
UNITED STATES ATTORNEY

KGL