UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 18-cr-10060 |
| ERIC INGRAM, | ) |
| Defendant. | ) |

**DEFENDANT'S COMMENTARY ON SENTENCING**

Now comes the Defendant, ERIC INGRAM, by and through his attorney, Charles Schierer, and the law firm of Schierer & Ritchie LLC., and respectfully submits herewith the following commentaries on sentencing factors:

The following documents are offered in mitigation pursuant to 18 U.S.C. 3553(a), with certain identifiers redacted pursuant to Fed. R. Crim. P. 49.1:

1. Sex Offender Evaluation and Risk Assessment Performed by Michael Kleppin of Kleppin & Associates;
2. Letter from Jo Ann Brunk, grandmother;
3. Letter from Dave and Muriel Graham, lifelong friends;
4. Letter from Elaine Lucas, former leader of the high school youth program at St. Mark's Lutheran Church in Washington, Illinois;
5. Letter from Sue Essig, fellow church member at St. Mark's Lutheran Church in Washington, Illinois;
6. Letter from Pat Webb, lifelong friend;
7. Letter from Alberta (Bert) Larson, former home repair customer;
8. Letter from Michael Tarantino, MD, Medical Director at the Comprehensive Bleeding Disorders Center in Peoria, Illinois;
9. Letter from Ronald Anderson, Eric's former Boy Scout Troop Leader;
10. Letter from Barb Gullett, friend;
11. Letter from Jack Rowe, friend;
12. Letter Concerning Eric's Graduation from the Jobs Partnership Re-entry Program at the Peoria County Jail;
13. Certificate of Completion for the Jobs Partnership Program at the Peoria County Jail;
14. Certificate of Completion for the Jobs Partnership Re-Entry Program at the Peoria County Jail.

Respectfully submitted,
ERIC INGRAM, Defendant

/s/ Charles Schierer

Charles G. Schierer
Schierer & Ritchie, LLC.
1009 Illini Drive
East Peoria, Illinois
(T) 309-839-2024
(F) 309-517-5856
(E) chuck@srtriallawyers.com

## CERTIFICATE OF SERVICE

I, Charles G. Schierer, attorney, hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office and all other CM/ECF participants.

/s/Charles Schierer

Charles G. Schierer
Schierer & Ritchie, LLC.
1009 Illini Drive
East Peoria, Illinois
(T) 309-839-2024
(F) 309-517-5856
(E) chuck@srtriallawyers.com