February 7, 2019

To: Honorable Judge Michael Mihm

From: Jo Ann Brunk

RE: United States of America vs. Eric L. Ingram
    District Court Case No. 18

I would like to tell you about my grandson, Eric Ingram. My husband Bill and I raised Eric from the age of twenty-one months old, petitioning the Court for temporary custody and guardianship of him at twenty-one months and again at five years old, to protect him from abuse and provide him with a stable environment to grow up in. Eric's mother was not capable of dealing with a child and his father was an abusive alcoholic who could not take care of himself, much less a child. We tried as much as possible to preserve his relationships with his parents and paternal relatives, but Eric always felt different than other kids and wondered why he lived with his grandparents when all his cousins lived with their parents. When he was five and his mother karate kicked him across the room, he asked me what kind of a mother would do that to her child. When he was twelve, his father beat him to a pulp and his paternal uncle returned him to our house as if nothing had happened and left him without explanation with a neighbor, as we were out for the evening.

Although very bright, when he reached school age, Eric began to struggle academically. Subsequent testing showed that he had ADD. He was in special reading classes and struggled socially. Other children would tease him and question why he lived with his grandparents. Eric often wondered why his parents didn't want him and what was wrong with him to not be loved by his parents. Still, even with his troubled world view from parental abandonment, from a very young age, Eric showed common sense, a sense of humor, was a vivid story teller, has good manners, and complemented people. He spent a lot of time with my mother, his great-grandmother, and would listen to her tell the same stories over and over again. They had a special relationship, and Eric was also good with other older people he would meet. My husband and I tried to provide an enriching life to Eric, traveling extensively and exposing him to many new things. He was always eager to learn and have new experiences.

Eric was involved in Scouting from the age of eight, going through all the ranks of Cub Scouts up to attaining the highest honor in Scouting, the Eagle Scout. Eric's Eagle Scout project was to bring a decommissioned helicopter from TACOM in Warren, Michigan to Washington where it became the Veteran's Memorial in Washington Park. Eric received the Governor's Hometown Award and was asked to introduce Congressman LaHood at a Scouting fundraising event. He was involved in many other scouting events and camping trips and has been asked to come back and help with the troop for the past three years. He has volunteered his time as he has been able.

Eric also attended St. Mark's Lutheran Church and was involved in Sunday School, Vacation Bible School, confirmation classes, youth group and two mission trips to the Pine Ridge Indian Reservation where he worked with children and alcoholics, painted and worked on clean up projects. The associate pastor also invited Eric to go with her to do hospital and nursing home visits and people would often invite them to come back to visit.

When Eric was twelve, he was diagnosed with ITP, or Immune Thrombocytopenic Purpura, a blood disorder which is characterized by isolate low blood platelet count. He would require periodic testing of his platelet count, and when it was too low, would have to undergo a twelve hour procedure to transfuse healthy platelets into his blood system. Because of his ITP, Eric was unable to play contact sports or event to enjoy normal boyish horseplay with his cousins due to the possibility of injury which could cause internal bleeding. He was also allergic to bee stings. As an adult, Eric had hoped to serve in the military, but was unable to do so because of his ITP.

Eric was attending auto diesel mechanic school in Nashville, Tennessee when his grandfather unexpectedly died. He dropped out of school to return home to be with me and help me. We live in a large, old home which requires lots of maintenance, and on an care of land, which he mowed and kept up for me. After my husband's death, Eric stepped up to the plate to take care of me and our household. He became the man of the house. He completed many repairs to my home, including building a new deck to replace the one that had rotted and was unsafe, relocating my laundry room from the basement to upstairs when it became difficult for me to go up and down stairs, repairing appliances and rebuilding a wall in the basement, as well as taking most of the responsibility for the pool and yard.

Eric is a certified EMT and a certified HVAC technician. He has worked for four years as an HVAC technician and is in apprenticeship classes through the Pipe-fitter's Union. Since obtaining full time professional employment, Eric has contributed financially to the running of my household and maintenance of my property. He is attentive to my physical needs and provides me with financial and emotional support and comfort. In addition to his certifications, Eric is proficient at small engine repair, vehicle repair, small appliance repair, gardening, tree removal, snow removal, and general handyman skills. Eric is always willing to help others, including neighbors, friends, and family members, with his skills.

Eric is a loving father to his five year old daughter, Kayley, who spent every weekend with us. He is very involved in her life, provides for her financially, including paying for her preschool, and I took her to church and Sunday School with me.

I would like the Court to know that Eric is a good person who made poor choices and a big mistake. He is not a hardened criminal or a predator. I do not condone or approve of his behavior that led to the current charges, but I do want you to know that there is a lot more to Eric than just what is reflected by the current charges. I hope the information provided in this letter and others attesting to Eric's character, give you a more well rounded view of who my grandson is and thank you for taking this information into consideration in determining the appropriate sentence that Eric deserves.

Respectfully submitted,

*Jo Ann Brunk*

Jo Ann Brunk

Washington, Illinois 61571



VETERAN'S MEMORIAL
WASHINGTON, ILLINOIS
DEDICATED 11 07-04
EAGLE SCOUT PROJECT
BY ERIC INGRAM
BOY SCOUT TROOP 163

Photo By J. Hardaway

March 14, 2019

Dear Judge Mihm,

I write this letter with a heavy, but hopeful heart. As a mother, a grandmother, a veteran teacher, and a woman of faith, I acknowledge that what Eric did was morally wrong and a grave mistake of judgement on his part. I understand, and Eric acknowledges, that he deserves to be punished according to the judicial system of our country. I am hopeful though, that in considering all aspects of this young man's case and his history, you will be lenient in your sentencing.

I have known Eric his entire life. His grandparent(s) live next door to us. In Eric's lifetime I have been his neighbor, his substitute mother, his elementary school teacher, his mentor, his advisor, and his friend. As with my own children, I have watched him struggle and achieve and grow through the various stages of his life. For Eric, this was not always an easy task, but he was a person who learned from his mistakes and kept trudging forward with a plan, altering that plan as needed. When he failed at something, he tried something new, until he eventually found what fit.

One of the things that really fit for Eric was Scouting. He enjoyed the comradery of the other scouts, the challenge of the badge earning, the mentoring of younger scouts (even though patience isn't always his strong suit), and most of all, attaining the rank of Eagle Scout. His project, in the end, went far beyond the scope of an ordinary Eagle Scout project. The placement of the helicopter was 'icing on the cake' to an already solid Eagle Scout project, the landscaping of a section in a Washington park. He was so proud of the work that he and his grandparents accomplished. He felt strongly about honoring the role veterans have played and this was a lasting way to do that. Being declined admittance to the military because of health issues was tough for Eric.

Eric has always been kind of an "old soul" living in a young body – maybe this was a result of being raised by grandparents. School was not always easy for him; various mild learning disabilities made standard schooling challenging, but he was a hard worker and he made average grades. I taught him Social Studies, one of his favorite subjects. He traveled often with his grandparents who taught him to love our country and its rich history. Eric was definitely one of those kids who excelled at 'hands on' learning. To get into this kind of schooling, he needed to get his GED. He asked me to tutor him in math, a very tough subject for him. But he was determined to conquer fractions and algebra, and with perseverance and a lot of hard work he succeeded. With his GED in hand, he was accepted into a technical school. (In one of the last conversations I had with Eric, he was telling me that he had gotten out the math work again and was looking over the fraction portion as he thought it would help him in his current schooling.)

Eric and I did the majority of our talking outside. We'd catch each other in the driveway as we came home, or in the yard as we each worked on our yard projects. He had a good sense of humor, and we teased and laughed often as friends do. But we also had serious conversations. I was shoveling mulch when he first told me he had a daughter. Over the next few years, I watched as he grew into fatherhood, getting better at it all the time. I was proud of him for taking the responsibility of his child and thrilled for him when he showed her off driving the yard tractor he had rigged up so she could reach the pedals. This was something they could share together; Eric was always tinkering on a tractor he had brought home. We had just discussed her schooling situation and his plans to ensure she would be in a good school district come school age.

My husband, Dave, and I recently discussed how we felt that after a few wrong tries, Eric had finally settled into his niche. He has grown into a man, and a good one at that. He truly seemed to like his job, he was steadfast in furthering his education for this job, and was diligent in his work schedule. While he didn't always like the overtime, or being on call weekends, he did it anyway as this was part of his job. I could count on seeing him leave for work each morning on time. He devoted time to his daughter, to his grandmother, to countless friends, neighbors,

and extended family members, sometimes to his own detriment. He didn't know how to say 'no' to anyone who needed or asked for his help. This help was often voluntarily given. A neighbor across the street died last spring and Eric told his wife he would mow the yard for her. When we told him about the extended summer vacation we were taking in 2018, the first thing out of his mouth was, "I'll take care of the yard for you." The kid next door had grown up and his life seemed to be on a solid, forward moving path. So much of our recent conversation had centered on plans for his future, a future that included his daughter and grandmother.

Eric has always been one to own up to his mistakes, is honest about them, and learns from them. He has been truthful about his part in this incident. I believe, without reservation, that this incident is totally out of character for him. I don't believe for a minute that Eric is a menace to our society. I have absolutely no reservations in saying that this was an isolated incident, made out of poor judgement, and he will never do anything like this again.

To my own character, I can attest that I would not write a letter of this nature and say things that were less than truthful. In asking my husband to proofread this letter, I wanted to make sure that I didn't make Eric out to be a saint, because he is not. He is, however, a good man in so many ways. I am asking you to be lenient to him in your sentencing so that he can recapture the path he was on in making a life for himself and his family.

Sincerely,

*Dave + Muriel Graham*

Dave & Muriel Graham

2/22/19

I am writing this letter in behalf of Eric Ingram.

My name is Elaine Lucas. I am 73 years old and still run my 3 businesses on the Square in Washington. For over 20 years I assisted with the high school youth program at St Marks Lutheran Church here in Washington. Eric was one of "my kids" while he was in school and we have continued to keep in touch over the years. Nothing in life has come easy for Eric. Both parents chose to lead their own lives and neither had time to raise him. He ended up in his grandparents care. His abuse as a child especially from his father was frightening. He struggled with high school and went on to various jobs always seeking acceptance. His calls to me were seeking help, guidance and love that he always sought. I'm not trying to make excuses, I am just stating facts that I know and have observed. I know his heart and I know his faith and I believe in the good in him. I pray you will find it in your heart to be as lenient as the law will allow.

Thank you for your time
Elaine Lucas

March 22, 2019

Mr. Robert A. Alvarado
Assistant Federal Public Defender
Central District of Illinois
401 Main Street, Suite 1500
Peoria, Illinois 61602

RE: United States of America v. Eric L. Ingram
District Court Case No. 18-10060

Dear Mr. Alvarado:

I have known Eric Ingram since he was a very young boy through my association with his grandparents, Mr. and Mrs. Brunks, and through our membership at St. Mark's Lutheran Church in Washington, Illinois.

Eric was always exceptionally polite and well-mannered and seemed to have a very close, loving and appreciative relationship with his grandparents. He was active in church all through his school years and obtained the rank of Eagle Scout after having planned and installed a large war memorial at Washington Park.

Although I have not been in constant contact with Eric since he left school, I would see him from time-to-time with his daughter at church and he was always pleasant and made a point to take time to say hello and visit.

To my knowledge, before this time, Eric has never had any criminal activities and has always appeared to be a model citizen.

Please feel free to contact me if you have any questions or need any additional information.

Sincerely,

Sue Essig

Sue Essig

Pat Webb

Washington, Illinois 61571

To Whom It may concern:

My name is Pat Webb. I am writing this letter in support of Eric Ingram whom I have known his entire life.

A little about myself. I am 72 years of age and born and raised in Washington, Illinois. I have been married to my wife Christy Webb for nearly 52 years. She has been a Manager at OSF 34 years. I have 2 sons Dave and Dan. Dave is 48 years old and a Vice Principal at Richwood's high school. Who blessed us with 2 beautiful granddaughters. Dan is 45 years old who works for Progress Rail a subsidiary of Caterpillar Tractor. Who has blessed us with a handsome grandson.

I have known Eric his entire life. I have been Eric's and his grandparent's next door neighbor. Eric was born into a very dysfunctional family. His parents showed him no love or showed no interest him. His father was an alcoholic and his mother was a drug abuser. Eric's mother came to us an asked if we would be interested in buying Eric so she could buy more drugs. If it weren't for his grandparents his life would have been a complete loss.

That being said I have watched Eric grow up to be a good citizen and a productive young man. He is an Eagle Scout and brought a Viet Nam helicopter to Washington as a monument to the young men we lost in that war. How proud we were of him and how proud his community was to have completed what he and his grandfather set out to do together as his grandfather was an Eagle Scout as well.

He always help everyone in need. He is a very compassionate individual. He is very sharp and mechanical young man who I think will contribute a lot to this declining society. With all that being said I also feel what Eric has been accused of is intolerable. I have talked with Eric during his incarceration and I "KNOW" he is truly remorseful and sorry for his actions as he has stated to me.

I personally feel Eric got caught up in the moment. What he is being charged with is truly not the person he is in life. I have talked to Eric about every day for 15 years. We have garden together and fished. At no time has he ever indicated to me that he was in anyway a sexual predator nor did I ever consider such a thing. I have 2 beautiful granddaughters and I was never in fear of Eric to have Eric around them and still would not today.

I respectfully submit to you this letter in "Complete Support" of Eric Ingram. I ask you to please show leniency and compassion for him. I think the last 6 months have definitely made him realize what a bad decision he made and how it will affect his life forever and has learned a valuable lesson.

Respectfully

Pat Webb

December 10, 2018

Robert A. Alvarado, Assistant Federal Public Defender
Federal Public Defender's Office
401 Main Street, Suite 1500
Peoria, Il. 61602

RE:   UNITED STATES OF AMERICA v. ERIC L. INGRAM

Dear Judge Michael Mihm

I have only known Eric Ingram for a few years, but in that time, I could tell he was a very intelligent and thoughtful human being. Helping people who needed help. A perfect gentleman and very conscientious. I also saw Eric with his daughter Kayley. There was always a lot of love and respect for her. The little girl loved her Daddy and showed no fear of being around him..

Eric has done some repair jobs around my house. He has always been very professional, doing a good job, cleaning up after he got done with the job.

I never felt uncomfortable around him. Eric never gave me any reason to be uncomfortable. He was always a gentlemen.

I pray to God Almightly that the Lawyers, Judges, and Jury will open their Hearts and Minds and give Eric another chance to prove himself trustworthy to the laws, courts, and his fellow human beings.

We all are guilty of some kind of sin, but by the Grace of God, He has washed away our sins by His blood shed on the cross.

Please do the same for Eric..

Thank you.

Mrs. Alberta (Bert) Larson

Washington, Ill. 61571



# COMPREHENSIVE BLEEDING DISORDERS CENTER

GLEN PROFESSIONAL PLAZA
5019 N. EXECUTIVE DRIVE
PEORIA, ILLINOIS 61614

PHONE: 309.692.4533
FAX: 309.692.5277

December 9, 2004

Eric Ingram
504 Hillcrest
Washington, IL 61571

Dear Eric,

I want to let you know how proud I am of you in pursuing your goals! Life is not always easy, but those who persevere, overcoming obstacles, learn the very important lesson of success!!

You, Eric, are already successful. You have shown determination in the way that you handled the frustrations of having ITP and also by your achievements in scouting. Although there will always be bumps in the road, keep pursuing your goals and good things will happen in your life.

Enclosed are a couple of pictures that Julie took at the dedication ceremony. I hope you look at these occasionally as you reflect on your achievements and think about future goals.

Sincerely,

Michael Tarantino, MD
Medical Director

22 June, 2019

Re: Eric Ingram

I was acquainted with Eric during the years 1999 through 2013 when I served as Assistant Scoutmaster/Advancement Chairman of Boy Scout Troop 163 in Washington, IL. Eric joined the troop in 1999 as a new scout at age 11. Eric's grandfather Bill Brunk served as Troop Committee Chairman for many years during that time also until his sudden death in 2010.

My association with Eric was always pleasant. He was courteous, helpful, obedient, cheerful, etc. – all traits we hope to foster through the scout program. He worked diligently and earned Scouting's highest youth award – the Eagle Scout badge in 2006 at age 18. Eric then continued his limited involvement in the Troop as a young adult – serving as an Assistant Scoutmaster himself. I say limited because, as with most Scouts after age 18, and sometimes sooner, other interests demand their attention.

Eric was positively influenced by his grandparents Bill and Jo Ann with whom he grew up. Bill was a Korean War veteran and so it was no surprise that he and Eric chose, as Eric's Eagle Scout service project, to bring a surplus military helicopter to Washington for use a war memorial. During a service project a scout is required to lead other Scouts and adults in performing the necessary work to accomplish the project. I was fortunate to have also worked with Eric and his grandfather and others during this time. There were times of disappointment when things didn't go just right but Eric handled it all well. The project was a success!

I've had little contact with Eric since my involvement with the Scout troop ended in 2013. I've 'run into' Eric a very few times since then and he seemed to me to be the same Eric I had known. I do not know if Eric has continued his involvement with the scout troop.

Ronald Anderson

~~[redacted]~~ Washington, IL

309-444-2018

Honorable Judge Mihm,

 I am writing you this letter in regards to Eric Engram. I've known Eric for about three years, and he has always been respectable to me. Eric's Grandmother, whom he resided with, and helped with everyday house work and maintenance, has been my friend for roughly twenty years. I have seen Eric with his daughter Kaylee, and she was the light of his life. This young man is a wonderful father, who always put his daughter's wants and needs before his own. As an Eagle Scout he brought in a helicopter used in past war into the town of Washington IL as a Veteran's memorial, this is located as Lincoln Park. Eric has always been a harder worker, with a great work ethic, very attentive to his family especially his grandmother and daughter and an all-around good person.
 Please take these things into consideration.

Sincerely,


Barb Gullett

March 14, 2019

Judge Mihm,

My name is Jack Rowe, and I am writing this note in reference to Mr Eric L Ingram, District Court no. 18-10060.

I have been a friend of Mr. Ingram and have known him for several years. His grandmother and I are cousins through marriage. Eric was abandoned as a baby and was raised by his grandmother and grandfather. I have watched Mr. Ingram grow up in his teens to be a responsible young man. I and his family are proud of his achievements as an Eagle Scout. Through his dedication and work he was mostly responsible for working and bringing a helicopter gunship to the park in Washington IL, as a memorial.

I have watched him dote on his daughter with great pride. I don't know if his grandmother could have kept her house, after her husband died, if it hadn't been his help in doing maintenance on the house, mowing, etc.

Mr Ingram was caught in layoffs at places where he worked at no fault of his own. He went back to school, studied, trained, and became a successful heating and air technician, working every day.

In closing, the family is distraught over this incident, especially his grandmother. I am hoping this communication will help shed some light on this matter.

                                                            Yours Truly  
                                                            Jack R. Rowe



**Jobs Partnership**
*Offering a helping hand*

April 23, 2019

Dear Honorable Judge,

Start Date of Class: 1/8/19
Number of Days in Class: 105 (from date of the letter)

This letter is written on behalf of Eric Ingram, a graduate of our Jobs Partnership Re-entry program which we offer at the Peoria County Jail.

Mr. Ingram graduated from our Jobs Partnership Re-entry Program on February 20, 2019. To give you a brief over view, our faith based program targets the unemployed, underemployed and those who are incarcerated. Our core curriculum includes 12 lessons addressing different aspects of re-entering the work force. These include; self-awareness, relationships, authority, integrity, communication, conflict resolution, and responsible stewardship. The ultimate goal of these classes is to have our students bring God into their work ethic.

In addition to the Jobs Partnership core curriculum, we bring in experts in their field to present on various topics which can affect successful transition to community living. Topics addressed are; trauma, addiction and the brain, communication skills, spirituality and the 12 steps, anger and stress management, healthy living, resume writing, fatherhood, healthy family relationships, law enforcement community relations, banking and credit counseling.

Another aspect of our program is the Moral Reconation Therapy (MRT) group. MRT is a systematic treatment strategy that seeks to decrease recidivism among juvenile and adult criminal offenders by increasing moral reasoning. The MRT steps require independent self-study and public testimonies which address areas of honesty, trust, repairing relationships, creating short and long term goals and making a commitment to change. Mr. Ingram has accepted responsibility for his past actions and has shown a willingness to learn from his teachers and peers. He has also been actively supportive of his peers as they go through the program. He will continue to participate in the MRT group until his release from the Peoria County Jail.

If you have any questions I would be happy to discuss them with you.

Sincerely,

Charles Keeton, Director of Education, MRT Facilitator

309-682-2365
nova3433@msn.com

602 W Richmond Ave.          Peoria IL 61606          (309) 682-2360

jobspartnershippeoria@gmail.com              www.jobspartnershippeoria.com

# Certificate of Completion

**Eric L. Ingram**

Keys to Personal and Professional Success

*presented by*

Jobs Partnership

February 20, 2019

*Jobs Partnership*
Offering a helping hand



_____
Ron Budzinski
Facilitator

_____
Ted Wolgamot
Facilitator

_____
Jim Matarelli
Facilitator

_____
Brian Medendorp
Facilitator



# Certificate of Completion

**Eric Ingram**

Jobs Partnership Re-Entry

presented by

Peoria Jobs Partnership

February 20, 2019

Cheryl Parks
Executive Director

Charles Keeton
Facilitator

*Jobs Partnership — Offering a helping hand*