1:18-cr-10060-MMM-JEH # 34 Page 1 of 3    E-FILED
Monday, 23 September, 2019 03:19:43 PM
Clerk, U.S. District Court, ILCD

Eric Ingram 22630-026
Federal Medical Center
P.O. Box 4000
Rochester, MN. 55903

Sept. 18, 2019
United States District Court
Central Division of Illinois
Office of the Clerk, Room 309
Federal Building
100 N.E. Monroe St.
Peoria IL. 61602

18-10060

**FILED**
SEP 23 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In Re: Notice of Appeal

Dear Court Clerk,

I have not been contacted by my court appointed attorney, Charles Scheire, in regards to filing an appeal in my case. This is due to, more than likely, that I have been in transit to the above prison (Rochester MN. FMC). Arriving Sept 16, 2019.

This letter is an attempt to extend my time for filing an appeal due to lack of communication between myself and the court appointed attorney providing he has not filed the Notice to Appeal. I have also written my attorney informing him of my new address and requesting an update of his progress in filing the appeal. At this time I would like to request understanding and guidance from this court.

Thank you for your time,

Eric L. Ingram

Eric Ingram
Federal Medical Center
P.O. Box 400
Rochester, MN. 55903

Date: Sept 18, 2019

Charles Schierer
1009, Illini drive
East Peoria IL
61611

IN RE: Filing Appeal / Records

Dear Mr. Schier,

I am writing in Regards to filing of an appeal on my behalf in the case you represented me in.

Have you filed the notice of Appeal? If, so I'll wait for you to send me a copy of what you have filed. If not Please Send me a copy of all the records pertaining to my case so I can attempt to file it myself, being I'm already time barred from filing it.

Thank you for your time and attention to this matter.
Sincerely,
Eric Ingram

COMMITTED NAME: Eric Ingram
REG. NO. & QTRS.: 22630-026
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

ST PAUL MN 551
20 SEP 2019 PM 7 L

22630-026
Federal Court House
100 N.E. Monroe St. Room 309
Attn: Court Clerk
Peoria, IL 61602
United States

61602310S7