# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 16, 2019

*By the Court:*

| | |
|---|---|
| No. 19-2835 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> ERIC INGRAM, <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cr-10060-MMM-JEH <br> Central District of Illinois <br> District Judge Michael M. Mihm | |

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL**, filed on October 16, 2019, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit