ERIC INGRAM 22630-026
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER MN. 55903

United States district court
Central division of Illinios
Office of the Clerk, Room 309
Federal Building
100 N.E. Monroe St.
Peoria, IL 61602

4-27-20

FILED
MAY 0 1 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: Case No. 19-2835 — 18-10060

Dear Court Clerk,

I was charged with Statute 2252A. My Sentence Computation sheet lists the statute as 2252A. The "A" is my concern, Should this be a small "a"? Is the Statute Correct Concerning the Capitol "A"? Upon your determination Concerning the capitol "A" vs. lower case "a", could you Please send me the Correct statute concerning the "A's", and there definitions of what I was charged with. I am sorry to inconvenience you, but the legal law library system is shut down due to COVID-19. Also I have no email due to the nature of my charge. Therefore I must send all & receive all information by postal mail. At this time I would also like to request a form for 2255 ineffective assitance of council. The above address is my current institution. Thank you for your time and attention to this matter.

Sincerely,
Eric Ingram 22630-026

*Eric L. Ingram* (signature)

COMMITTED NAME: Eric Ingram
REG. NO. & QTRS.: 22630-026 2-1
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

Legal Mail

⇔22630-026⇔
Federal Court House
100 N.E. Monroe St. Room 309
Attn: Court Clerk
Peoria, IL 61602
United States

SAINT PAUL MN 551
25 APR 2020 PM 2 L

61602-109799

