ERIC INGRAM #28263-026
Federal Medical Center
P.O. Box 4000
Rochester MN. 55903

United States district Court
Central Division of Illinois
Office of the Clerk, Room 309
Federal Building
100 N.E. Monroe St.
Peoria IL. 61602

Date: 5/11/20

**FILED**
MAY 18 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: Docket sheet/case NO. 19-3825

Dear Court Clerk,

Could you please send me an updated copy of the Docketing sheet in the aboved referenced case? If there is any cost associated with this request Please inform me of the exact amount so I can secure payment to you. Thank you for your time and attention to this matter.

Sincerely,

*Eric Ingram*

Eric Ingram

COMMITTED NAME: Eric Ingram
REG. NO. & QTRS.: 22630-026 2-1
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

⇔22630-026⇔
Federal Court House
100 N.E. Monroe St. Room 309
Attn: Court Clerk
Peoria, IL 61602
United States