ERIC INGRAM
Fmc ROCHESTER MN
P.O. BOX 4000
ROCHESTER MN. 55903

U.S. district Court
Central district of IL
Office of the Clerk
Room 309
Federal building
100 N.E. Monroe
Peoria IL 61602

**FILED**
JUN 02 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: Case No. 1:18-cr-10060-MMM-JEH-1

Dear Court Clerk,

In response to the attached, defendant feels this court is in error. Defendant is no longer represented by council is simply requesting an updated DOCKETING SHEET which this court is in possession of, not any former legal council. If Defendant can not access such records from this Court Defendant requests legal council at this time.

At this time Defendant once again requests a copy of an UPDATED DOCKETING SHEET. Again if there is any cost associated with this request please inform Defendant to the exact amount so I can make arrangements to secure payment to you

Respectfully
Eric Ingram
Eric Ingram

## Other Orders/Judgments
1:18-cr-10060-MMM-JEH USA v. Ingram **CASE CLOSED on 08/21/2019**

APPEAL

## U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 5/19/2020 at 9:36 AM CDT and filed on 5/19/2020
**Case Name:**      USA v. Ingram
**Case Number:**    1:18-cr-10060-MMM-JEH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER: The Defendant has requested documents associated with this case. The Defendant had access to all pleadings and documents during the pendency of this case. If the Defendant wants copies, the Defendant may seek them from former Defense counsel. Entered by Judge Michael M. Mihm on 5/19/20. (FDS, ilcd)**


**1:18-cr-10060-MMM-JEH-1 Notice has been electronically mailed to:**

Charles Gregory Schierer     chuck.schierer@gmail.com

Katherine G Legge     katherine.legge@usdoj.gov, brianna.gibbs@usdoj.gov, caseview.ecf@usdoj.gov, Susan.Roper@usdoj.gov

**1:18-cr-10060-MMM-JEH-1 Notice has been delivered by other means to:**

COMMITTED NAME: Eric Ingram
REG. NO. & QTRS.: 22630-026 2-1
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

SAINT PAUL MN 551
27 MAY 2020 PM 2 L

◇22630-026◇
Federal Court House
100 N.E. Monroe St. Room 30g
Attn: Court Clerk
Peoria, IL 61602
United States

61602-109799