Eric Ingram 22630-026
Fmc Rochester
P.O. Box 4000
Rochester MN. 55903




⇔22630-026⇔
Federal Court House
100 N.E.Monroe St. Room 309
Attn: Judge Mihms
Peoria, IL 61602
United States

Legal mail to Courts

LEGAL MAIL