UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
CHICAGO, ILLINOIS 60604
August 11, 2020

AUG 1 7 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District Court for the Central District of Illinois |
| Plaintiff-Appellee, | |
| No. 20-2433   v. | No. 1:18-CR-10060-MMM-JEH |
| ERIC INGRAM, | Michael M. Mihm, Judge |
| Defendant-Appellant. | |

---

APPELLANT'S MEMORANDUM

---

COMES NOW Appellant, pro se, to answer Honorable Judge Mihm's order placed on August 5, 2020. In this order are two separate appeals case numbers documented. Appellant moves Court to strike pro se appeal from the record.

PRO SE APPEAL

Appellant inadvertently filed a notice of appeal with the district court as he was unaware his counsel had already filed for appeal. The case number to be stricken from the record is No. 20-2433. See attached for original order.

CERTIFICATE OF SERVICE

I, Eric Ingram, do hereby certify under penalty of perjury of the laws of the United States of America that the foregoing Appellant's memorandum has been served and filed by placing same in the Institutional Mail System, postage prepaid, addressed to the following parties:

    U.S. Court of Appeals
    For the Seventh Circuit
    Office of the Clerk
    219 S Dearborn Street
    Room 2722
    Chicago, Illinois 60604-1874

      and

    United States District Court
    Central District of Illinois
    Office of the Clerk
    100 NE Monroe
    Room 305
    Peoria, Illinois 61602

Respectfully submitted,


---------------------------------                          ---------------------------
Eric Ingram                                                                    Dated
Reg. No. 22630-026
FMC Rochester
PMB 4000
Rochester, MN 55903-4000

# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

August 5, 2020

**By the Court:**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 20-2433      v. | ] Illinois.<br>] |
| ERIC INGRAM,<br>Defendant-Appellant. | ] No. 1:18-cr-10060-MMM-JEH-1<br>]<br>] Michael M. Mihm,<br>]      Judge. |

### ORDER

A preliminary review of the short record indicates that this *pro se* appeal duplicates an earlier appeal filed by counsel on July 27, 2020, and docketed in this court as Appeal No. 20-2380. Only one appeal is necessary, the other should be dismissed. *Harris v. Bellin Memorial Hospital*, 13 F.3d 1082, 1083 (7th Cir. 1994). Accordingly,

IT IS ORDERED that defendant-appellant shall file, on or before August 19, 2020, a brief memorandum stating why this appeal should not be dismissed as unnecessary. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement. Briefing shall remain suspended pending further court order.

COMMITTED NAME: Eric Ingram   Aug 11, 2020
REG. NO. & QTRS.: 22630-026  2-1
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

SAINT PAUL MN 550
13 AUG 2020 PM 1 L

United States District Court
Central District of Illinois
Office of the Clerk Rm 305
Federal Building
100 NE. Monroe
Peoria IL 61602

61602-100399

Legal Mail