AO 243 (Rev. 10/07)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED
AUG 24 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted): ERIC L. INGRAM | | Docket or Case No.: 1:18-CR-10060-MMM-JEH |
| Place of Confinement: FMC ROCHESTER | | Prisoner No.: 22630-026 |
| UNITED STATES OF AMERICA V. | | Movant (include name under which convicted) |

20-1302

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   Central District Court of Illinois
   Peoria, IL

   (b) Criminal docket or case number (if you know): 1:18-CR-10060-MMM-JEH

2. (a) Date of the judgment of conviction (if you know): Aug 20, 2019
   (b) Date of sentencing: Aug 20, 2019

3. Length of sentence: 160 months

4. Nature of crime (all counts): Count 1: 2252A(a)(2)(A) + 2252A(b)(1)
   Count 2: 2252A(a)(2)(A) + 2252A(b)(1)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? Pled guilty to all counts on the indictment

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☒

AO 243 (Rev. 10/07)                                                                                                                   Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): N/A
   (c) Result: N/A
   (d) Date of result (if you know): N/A
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised: N/A

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): N/A
       (2) Result: N/A
       (3) Date of result (if you know): N/A
       (4) Citation to the case (if you know): N/A
       (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☒    No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: Central District of Illinois
        (2) Docket or case number (if you know): 18-10060
        (3) Date of filing (if you know): June 23, 2020 (around)

AO 243 (Rev. 10/07)            Page 4

    (4) Nature of the proceeding: Compassionate Release
    (5) Grounds raised: COVID-19 Pandemic - underlying medical conditions

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
         Yes ☒     No ☐
    (7) Result: Denied
    (8) Date of result (if you know): July 17, 2020

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: N/A
    (2) Docket of case number (if you know): N/A
    (3) Date of filing (if you know): N/A
    (4) Nature of the proceeding: N/A
    (5) Grounds raised: N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
         Yes ☐     No ☒
    (7) Result: N/A
    (8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:     Yes ☒     No ☐
    (2) Second petition:    Yes ☐     No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
N/A

AO 243 (Rev. 10/07)

Page 5

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Ineffective Assistance of Pretrial Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Counsel failed to inform Mr. Ingram of the consequences of pleading guilty and the enhancement of sentence via PSR

2) Counsel failed to file any pretrial motions

3) Counsel failed to communicate with Mr. Ingram including providing discovery so he could make an informed decision with regard to pleading guilty or proceeding to trial

4) Counsel failed to attempt to negotiate a favorable plea agreement for Mr. Ingram

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: No direct appeal filed

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: N/A
  Name and location of the court where the motion or petition was filed: N/A

  Docket or case number (if you know): N/A
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available): N/A

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☒

AO 243 (Rev. 10/07)

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    N/A

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):    N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:    N/A

**GROUND TWO:** Ineffective Assistance of Counsel in Review of PSI

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Counsel failed to consult expert in electronic interstate commerce

2) Counsel instructed Mr. Ingram that he could only make disputes against "offender characteristics" portion of the PSR

3) Counsel failed to present Victim Impact Statement to Mr. Ingram to dispute any factual assertions

4) Counsel failed to inform Mr. Ingram of any facts to dispute on PSR containing relevant conduct

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

AO 243 (Rev. 10/07)                                                                                                                         Page 7

(2) If you did not raise this issue in your direct appeal, explain why:  No appeal

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:  N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):  N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):  N/A

(3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

  Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):  N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:  N/A

≈AO 243 (Rev. 10/07)                                                                                          Page 8

**GROUND THREE:**   Ineffective assistance of counsel during the sentencing hearing

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Counsel failed to call forth expert witness to testify pertaining to electronic interstate commerce

2) Counsel failed to call forth character witness in conjunction to character reference letters

3) Counsel failed to object to cross reference to preserve the right to contest the cross reference on appeal

4) Counsel failed to object to all enhancements to preserve the right to contest enhancements on appeal

5) Counsel failed to address criminal history points in PSR. Mr. Ingram's two criminal history points were traffic not criminal

(b) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐     No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:
  No appeal

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐     No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:   N/A
  Name and location of the court where the motion or petition was filed:   N/A

  Docket or case number (if you know):   N/A
  Date of the court's decision:   N/A
  Result (attach a copy of the court's opinion or order, if available):   N/A

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐     No ☒
  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐     No ☒
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐     No ☒

◈AO 243 (Rev. 10/07) Page 9

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND FOUR:** Ineffective assistance of counsel post sentencing

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Counsel did not inform Mr. Ingram of his right to appeal
2) Counsel did not meet with Mr. Ingram post sentence to discuss merits of appeal
3.) At sentencing Mr. Ingram requested attorney to file an appeal. Attorney never responed to Mr. Ingrams request to file an appeal.

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:
       No appeal

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☒

AO 243 (Rev. 10/07)                                                                                                          Page 10

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):   N/a

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   N/A

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

AO 243 (Rev. 10/07)                                                                                               Page 11

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?          Yes ☐          No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:   Robert Alvarado Federal Public Defenders Office, 401 Main Street, Suite 1500, Peoria, IL, 61602

    (b) At the arraignment and plea:   Robert Alvarado

    (c) At the trial:   N/A

    (d) At sentencing:
    Charles Scheirer, 1009 Illini Dr. East, Peoria, IL, 61611

    (e) On appeal:   N/A

    (f) In any post-conviction proceeding:   N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding:   N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☒          No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    N/A

    (b) Give the date the other sentence was imposed:   N/A
    (c) Give the length of the other sentence:   N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☒

AO 243 (Rev. 10/07)                                                                                                                      Page 12

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1)  the date on which the judgment of conviction became final;
   (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 10/07)   Page 13

Therefore, movant asks that the Court grant the following relief: <u>Resentencing on any matter raised in this motion that violates any Constitutional rights or was made by the court in error</u>
or any other relief to which movant may be entitled.

N/A
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  8/18/2020 .
(month, date, year)

Executed (signed) on  8/18/2020  (date)

*Eric L. Ingram*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

ERIC INGRAM
REG. NO. 22630-026
FMC ROCHESTER
P.O. BOX 4000
ROCHESTER MN. 59903-4000

United States District Court
Central District of Illinios
Office of the Clerk Rm 305
Federal Building
100 N E Monroe
Peoria IL 61602

Case # 1:18-cr-10060-mmm-JEH

IN RE: 2255 / in forma pauperis

Dear Court Clerk,

At this time I am submitting to you my motion under 28 U.S.C. 2255, for electronic filing. This Honorable Court in the orginal proceedings of this case found me indigent and appointed Counsel. I have been incarcerated ever since. This shows that my finances have not changed. I respectfully ask that this 2255 motion be electronically sent through the ECF system to the appropriate parties involved in this matter. Also due to the Covid-19 Lockdown that the Bureau of Prisons is currently under I cannot access any means to copy this form. I respectfully ask your understanding of these circumstances. Thank you for your attention to this matter.

Respectfully,

Eric Ingram
Eric Ingram

8/18/2020
Dated



Eric Ingram 8/18/20
22630-026 2-1
Fmc Rochester
PMB 4000
Rochester MN. 55903 4000

United States District Court
Central District of Illinois
office of the Clerk Rm 305
Federal Building
100 N.E. Monroe
Peoria IL 61602

LEGAL MAIL

Attn: Court Clerk