E-FILED
Monday, 21 September, 2020  10:50:02 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| ERIC L. INGRAM | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 18-10060 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

**<u>ORDER AND OPINION</u>**

Before the Court is Petitioner Eric L. Ingram's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. (ECF No. 80).

Pursuant to 28 U.S.C. § 2255 and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court's preliminary review indicates the Petition could have merit and orders Respondent to show cause, if any it may have, within twenty-one (21) days after service of this Order, why said Motion should not be granted.

After Respondent has filed its response, Petitioner is ordered to file any traverse or reply to the response within twenty-one (21) days after service of said response on him. The Court admonishes Petitioner that a failure to file a reply to the response under 28 U.S.C. § 2248 will cause the Court to take the allegations in the response as true except to the extent that the judge finds from the evidence that they are not true.

IT IS ORDERED that the Clerk of Court shall serve the Respondent with a copy of the Petition and this Order.

IT IS FURTHER ORDERED that Petitioner shall serve upon Respondent or, if an appearance has been entered by counsel, upon its attorney, a copy of every further pleading or

other document submitted for consideration by the Court. Petitioner shall include with the original paper to be filed with the Clerk of Court a certificate stating the date that a true and correct copy of any document was mailed to Respondent or its counsel. Any paper received by this Court which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

IT IS FURTHER ORDERED that Petitioner immediately notify the Court of any change in his mailing address. Failure to notify the Court of any change in mailing address may result in dismissal of this lawsuit with prejudice.

ENTERED this 17th day of September, 2020.

        /s/ Michael M. Mihm
         Michael M. Mihm
      United States District Judge