# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted March 25, 2021
Decided March 31, 2021

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

Nos. 21-1369 & 21-1380

| | |
|---|---|
| ERIC INGRAM,<br>*Petitioner-Appellant*, | Appeals from the United States District Court for the Central District of Illinois. |
| v. | Nos. 1:18-cr-10060-MMM-JEF-1<br>and 1:20-cv-01302-MMM |
| UNITED STATES OF AMERICA,<br>*Respondent-Appellee*. | Michael M. Mihm,<br>*Judge*. |

### O R D E R

Eric Ingram seeks a certificate of appealability regarding the denial of his motion under 28 U.S.C. § 2255. After reviewing the final order of the district court and the record on appeal, we find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit