# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 24, 2021

To:  Shig Yasunaga
　　 UNITED STATES DISTRICT COURT
　　 Central District of Illinois
　　 Peoria, IL 61602-0000

| | |
|---|---|
| No. 21-1369 | ERIC INGRAM,<br>　　　　Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent - Appellee |
| No. 21-1380 | ERIC INGRAM,<br>　　　　Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:18-cr-10060-MMM-JEH-1<br>Central District of Illinois<br>District Judge Michael M. Mihm ||
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01302-MMM<br>Central District of Illinois ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:　　　　　　　　　　　　No record to be returned

5/24/21　　　s/F. Smith

form name: **c7_Mandate**  (form ID: **135**)